

| AO-10 (WP) Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

**1. Person Reporting** *(Last name, first, middle initial)*
WOLLE, Charles R

**2. Court or Organization**

**3. Date of Report**
March 22, 2011

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*
Senior US District Judge
(SD IA)

**5a. Report Type** (check appropriate type)
___ Nomination, Date _____
___ Initial __X__ Annual ___ Final
**5b.** ___ Amended Report

**6. Reporting Period**
January 1, 2010
to
December 31, 2010

**7. Chambers or Office Address**
410 US Court house
130 East Court Street
Des Moines, Iowa 50309

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[X] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

[X] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[X] NONE (No reportable non-investment income.)

| 1. | |
| 2. | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | March 22, 2011 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

| | SOURCE | DATES 2010 | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | Federal Circuit JUDICIAL Conference | Mar 20,21 | Wash. DC | Biennial Judicial Conference | Meals, Hotel, Transportation |
| 2. | Foundation for Research on Economics + Environment (FREE) | Aug 18-22 | Gallatin Gateway, Montana | Conference on Health Care Economics | Meals, Hotel, Transportation |
| 3. | Federal Jud Center | Sept. 20-22 | Portland, OR | National Judges Education | Meals, Hotel, Transportation |
| 4. | Federal Jud Center | Sept. 27-29 | Wash. DC | E Discovery Seminar | Meals, Hotel, Transportation |
| 5. | Geo Mason Univ. Law + Economics Center | Sept 23-25 | Fairfax, VA | Corporations + Criminal law Seminar | Partial Transportation, Hotel, Meals |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☒ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | | P3=$25,000,001-50,000,000 | P4=$50,000,001 or more |

| Name of Person Reporting | Date of Report 3-22-11 |
|---|---|
| Charles R. Wolle | 3-22-2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

ML = Merrill Lynch

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ML IRRA-Directed | | | | | | | | | |
| 1 Blackrock Global Fund | A | div | K | T | | | | | |
| 2 Blackrock Govt Inc. Fund | A | div | J | T | | | | | |
| 3 L 1 Identity Solutions Common | A | div | J | T | Sell | 5-10 | J | A | |
| 4. ML Rollover IRRA Berkshire Hath B Shrs | A | div | L | T | | | | | |
| 5. BP Amoco PLC ADR | A | div | J | T | | | | | |
| 6. Irish Inv. Fund | A | div | | T | | | | | |
| 7. Progressive Ret Fund | A | div | J | T | | | | | |
| 8. General Elec. Common | A | div | J | T | ████ | ████ | | | |
| 9. Hellenic Tele ADR | A | div | J | T | sell part | 12-29 | J | A | |
| 10 Intel Common | A | div | J | T | | | | | |
| 11. Johnson + Johnson Common | A | div | L | T | | | | | |
| 12. Microsoft Common | A | div | K | T | | | | | |
| 13 Pfizer Common | A | div | J | T | | | | | |
| 14 Walmart Common | A | div | J | T | | | | | |
| 15. ML Bank USA | A | div | J | T | | | | | |
| 16. Fidelity Adv Mur Fund | A | div | J | T | | | | | |
| 17 United Parcel Common | A | div | J | T | | | | | |

1. Income Gain Codes.
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

Name of Person Reporting: Charles R. Wolle

Date of Report: 3-22-11 / 9-22-2010

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ML Rollover IRRA Time Warner Cable | A | div | J | T | | | | | |
| 19. Time Warner Common | A | div | J | T | | | | | |
| 20. Erroneously omitted from 2008 Report Travelers Cos Inc | A | div | J | T | | | | | |
| 21. Corning Inc Common | A | div | J | T | | | | | |
| 22. Oracle Corp Common | A | div | J | T | | | | | |
| 23. Sun Microsystems Common | A | div | J | T | ///// | ///// | //// | //// | ///// |
| 24. VANGUARD CUST IRRA ROLLOVER FUNDS Vanguard 500 Index | A | div | K | T | | | | | |
| 25. Vanguard Emerging MKTS | A | div | L | T | | | | | |
| 26. Vanguard European Fund | A | div | K | T | | | | | |
| 27. Vanguard Pacific Stock Fund | A | div | K | T | | | | | |
| 28. ML IRRA Direct (cont.) General Growth Properties | A | div | J | T | | | | | |
| 29. ML Rollover IRRA (cont.) Int Game Tech Common | A | div | K | T | //// | //// | // | | |
| 30. RAE Systems Common | A | div | J | T | | | | | |
| 31. ///////// ML Rollover IRRA (cont.) | A | div | K | T | //// | ////// | | | |
| 32. Wells Fargo Common | A | div | J | T | | | | | |
| 33. Google Inc Common | A | div | J | T | | | | | |
| 34. Accenture LTd CLA | A x | div | J | T | | | | | |

1. Income Gain Codes.        A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less         K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
(See Column C2)             U =Book Value             V =Other                   W =Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | March 22, 2011 |

## VII. Page 5 of 7 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML Rollover IRRA Directed (cont) | | | | | | | | | |
| 35 Franklin Natural Resources | A | div | J | T | | | | | |
| 36 Petrleo Bras VTG ADR | A | div | J | T | | | | | |
| 37 Cisco Syst Common | A | div | J | T | | | | | |
| 38 Walgreen Co " " | A | div | J | T | | | | | |
| 39 Federal Home Loan Mtg Corp | A | div | L | T | | | | | |
| 40 Berkshire Hath B shares | A | div | K | T | | | | | |
| 41 Cisco Sys Common | A | div | J | T | | | | | |
| 42 CVS CORP " " | A | div | J | T | | | | | |
| 43 EXXON Mobile " " | A | div | J | T | | | | | |
| 44 General Mills Inc " | A | div | J | T | | | | | |
| 45 I Shares Dow TRANS Avg Index | A | div | J | T | | | | | |
| 46 Proctor & Gamble Co Com | A | div | J | T | | | | | |
| 47 Bank of America Comm | A | div | J | T | Sell | 12/29 | J | T | |
| A48 Calvert Alt. Global Fund | A | div | J | T | | | | | |
| 49 American Income Fund | A | div | K | T | Buy | 7/27 | | | |
| 50 I Shares FTSE HK China 25 Indx Fund | A | div | J | T | Buy | 9/10 | | | |
| 51 Patchek Inc | A | div | J | T | Buy | 11/18 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolfe | March 22, 11 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52 United Techs Corp Common | A | div | J | T | Buy | 11/18 | | | |
| 53 Coca Cola Common | A | div | J | T | Buy | 4/30 | | | |
| 54 McDonalds " " | A | div | I | T | Buy | 6/2 | | | |
| 55 Berkshire Hathaway Common | A | div | J | T | Buy | 2/1 | | | |
| 56 Intl. GAME Tech Common | A | div | J | T | Buy | 2/1 | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | March 22, 2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

CHAMBERS OF
CHARLES R. WOLLE
Senior ~~CHIEF~~ JUDGE
UNITED STATES COURTHOUSE
123 EAST WALNUT STREET, SUITE 103
DES MOINES, IA 50309-2039

515/284-6289

2011 MAY 16 A 9: 57   FINANCIAL DISCLOSURE OFFICE   RECEIVED

March 22, 2011

Committee on Financial Disclosure
Administrative Office of US Courts
Ste 2-301
One Columbus Circle
Washington, DC 20544

Enclosed are Original and Three (3) Copies
of my Financial Disclosure Report for 2010.

Very truly yours,

ʃR US DISTRICT JUDGE
SD IOWA

Enɑs,

Update May 8, 2011

To Committee on Financial Disclosure

From Charles R Wolle

In response to your letter of April 12, 2011, and 4-28 EMail,
I enclose my amended report with substituted new
pages VII. 3. line 6
            5. lines 49-51
            6. lines 52-56
                          (to "2009 report")
            I presume your reference in the April 12, 2011 letter, first
paragraph, 4th line — was intended to be "2010 reports"

Very truly yours,

✓ Bobbie R. Baldock, Chair
✓ Cathie R.B. Jackson, Deputy Staff Counsel

PS I did phone the office of the committee and left a call-back
message but have not heard back since.

**Wolle, Charles R  A**



AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Blue + Red Changes responding to Audit Report*

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOLLE, Charles R | | March 22, 2011 <br> Amended May 8, 2011 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior US District Judge (SDIA) | ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final <br> 5b. ___ Amended Report | January 1, 2010 <br> to <br> December 31, 2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 410 US Courthouse <br> 130 East Court Street <br> Des Moines, Iowa 50309 | Reviewing Officer _____ Date_____ |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[X] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

*2011 MAY 16 A 9:57 RECEIVED FINANCIAL DISCLOSURE OFFICE*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[X] NONE (No reportable non-investment income.)

| | |
|---|---|
| 1. | |
| 2. | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | March 22, 2011 Amended May 18, 2011 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

*Remove - government reimbursement*

| | SOURCE | DATES 2010 | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | Federal Circuit Judicial Conference | Mar 20, 21 | Wash. DC | Biennial Judicial Conference | Meals, Hotel, Transportation |
| 2. | Foundation for Research on Economics + Environment (FREE) | 19-22 | Gallatin Gateway, Montana | Conference on Health Care, Economics | Meals, Hotel, Transportation |
| 3. | Federal Jud Center | Sept. 20-2? | Portland, OR | National Judges Education | Meals, Hotel, Transportation |
| 4. | Federal Jud Center | Sept. 27-2? | Wash. DC | E Discovery Seminar | Meals, Hotel, Transportation |
| 5. | Geo Mason Univ. Law + Economics Center | Sept 23-25 | Fairfax, VA | Corporation + Criminal law Seminar | Partial Transportation, Hotel Meal |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☒ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | | P3=$25,000,001-50,000,000 | P4=$50,000,001 or more |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 3-22-11 3-22-2010 Amended Mar 8, 2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ML = Merrill Lynch ML IRRA Directed (Header only) | | | | | | | | | |
| #1 Blackrock Global Fund | A | div | K | T | | | | | |
| #2 Blackrock GOVT Inc. Fund | A | div | J | T | | | | | |
| 3 L1 Identity Solutions Common | A | div | J | T | Sell | 5-10 | J | A | |
| 4 ML Rollover IRRA Berkshire Hath B Shrs | A | div | L | T | | | | | |
| 5 BP Amoco PLC ADR | A | div | J | T | | | | | |
| 6 Irish Inv. Fund | A | div | J | T | | | | | |
| 7 Progressive Ret Fund | A | div | J | T | | | | | |
| 8 General Elec. Common | A | div | J | T | ~~█████~~ | ~~███~~ | | | |
| 9 Hellenic Tele ADR | A | div | J | T | sell part ~~Buy~~ | 12-29 | J | A | |
| 10 Intel Common | A | div | J | T | | | | | |
| 11 Johnson & Johnson Common | A | div | U | T | | | | | |
| 12 Microsoft Common | A | div | K | T | | | | | |
| 13 Pfizer Common | A | div | J | T | | | | | |
| 14 Walmart Common | A | div | J | T | | | | | |
| 15 ML Bank USA | A | div | J | T | | | | | |
| 16 Fidelity Adv Mur Fund | A | div | J | T | | | | | |
| 17 United Parcel Common | A | div | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Charles R. Wolle

Date of Report
3-22-11
9-28-2010
Amended Mar 8, 2011

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| *ML Rollover IRRA* Header only | | | | | | | | | |
| 18. Time Warner Cable | A | div | J | T | | | | | |
| 19. Time Warner Common | A | div | J | T | | | | | |
| 20. Erroneously omitted from 2008 Report Travelers Cos Inc | A | div | J | T | | | | | |
| 21. Corning Inc Common | A | div | J | T | | | | | |
| 22. Oracle Corp Common | A | div | J | T | | | | | |
| 23. Sun Microsystems Comm | A | div | J | T | /// | /// | // | // | /// |
| *VANGUARD COST IRRA Rollover Funds Header only* 24. Vanguard 500 Index | A | div | K | T | | | | | |
| 25. Vanguard Emerging Mkts | A | div | L | T | | | | | |
| 26. Vanguard European Fund | A | div | K | T | | | | | |
| 27. Vanguard Pacific Stock Fd | A | div | K | T | Header only | | | | |
| 28. ML IRRA Directed (cont.) General Growth Properties | A | div | J | T | | | | | |
| 29. ML Rollover IRRA (cont.) Int Game Tech Common | A | div | K | T | /// | /// | // | | |
| 30. RAE SYSTEMS Common | A | div | J | T | // Header only // | | | | |
| 31. *ML Rollover IRRA (cont.)* | A | div | K | | /// | /// | // | | |
| 32. Wells Fargo Common | A | div | J | T | | | | | |
| 33. Google Inc Common | A | div | J | T | | | | | |
| 34. Accenture Ltd CLA | A | div | J | T | | | | | |

1. Income Gain Codes:          A = $1,000 or less         B = $1,001 - $2,500         C = $2,501 - $5,000         D = $5,001 - $15,000         E = $15,001 - $50,000
(See Columns B1 and D4)        F = $50,001 - $100,000      G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes                 J = $15,000 or less         K = $15,001 - $50,000       L = $50,001 - $100,000         M = $100,001 - $250,000
(See Columns C1 and D3)        N = $250,001 - $500,000     O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                               P3 = $25,000,001 - $50,000,000                           P4 = More than $50,000,000
3. Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)  S = Assessment                T = Cash Market
(See Column C2)                U = Book Value             V = Other                   W = Estimated

⑤

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | March 22, 2011<br>Amended Mar 8, 2011 |

**VII. Page 5 of 7 INVESTMENTS and TRUSTS** – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML Rollover IRRA Directed (cont) Header Only | | | | | | | | | |
| 35 Franklin Natural Resources Fun | A | div | J | T | | | | | |
| 36 Petrleo Bras VTG ADR | A | div | J | T | | | | | |
| 37 Cisco Syst Common | A | div | J | T | | | | | |
| 38 Walgreen Co " " | A | div | J | T | | | | | |
| 39 Federal Home Loan Mtg Corp | A | div | L | T | | | | | |
| 40 Berkshire Hath B shares | A | div | K | T | | | | | |
| 41 Cisco Sys Common | A | div | J | T | | | | | |
| 42 CVS CORP " " | A | div | J | T | | | | | |
| 43 EXXON Mobile " " | A | div | J | T | | | | | |
| 44 General Mills Inc " | A | div | J | T | | | | | |
| 45 I Shares Dow TRANS Avg Endex | A | div | J | T | | | | | |
| 46 Proctor & Gamble Co Com | A | div | J | T | | | | | |
| 47 Bank of America Comm | A | div | J | T | Sell | 12/29 | J | T | |
| IRA 48 Calvert Alt. Global Fund | A | div | J | T | | | | | |
| 49 American Income Fund of Amr | A | div | K | T | Buy | 7/27 | K | T | |
| 50 I Shares FTSE HK China 25 Indy Fund | A | div | J | T | Buy | 9/10 | J | T | |
| 51 Patchex Inc | A | div | J | T | Buy | 11/18 | J | T | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT
Page 6 of 7

Name of Person Reporting

Charles R. Wolfe

Date of Report

March 2?, 11
Amended Mar ? 2011

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52 United Techs Corp Comm | A | div | J | T | Buy | 11/18 | J | T | |
| 53 Coca Cola Common | A | div | J | T | Buy | 4/30 | J | T | |
| 54 McDonalds " " | A | div | J | T | Buy | 6/2 | J | T | |
| 55 Berkshire Hathway Common | A | div | J | T | Buy | 2/1 | J | T | |
| 56 Intl, GAME Tech Common | A | div | J | T | Buy | 2/1 | J | T | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | March 22, 2011 Amended May 11, 2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Amended May R. 2011

Signature ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544